**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| DELLA RICHMOND, | ) Case No. CV 14-4729-AS |
| Plaintiff, | ) **JUDGMENT** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

IT IS ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 5, 2015.

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE